UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 148, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 4:06-CV-670 (CEJ) |
| UNION ELECTRIC COMPANY, d/b/a AMEREN UE, | ) ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that the parties' joint motion for dismissal of all claims, with prejudice, [#33] is **granted**. The parties shall bear their own costs and attorney's fees.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 16th day of November, 2006.